IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

---

Date: June 5, 2012                              Probation/Pretrial:
Secretarial Assistant: Shirley W. Dills          Interpreter:
FTR

---

Criminal Case No.: 12-MJ-00125-DLW(1)

UNITED STATES OF AMERICA,

|                    |                             |
|--------------------|-----------------------------|
|                    | [  ] James Candelaria, AUSA |
| Plaintiff,         | [  ] Todd Norvell, AUSA     |
|                    | [  ] Robert Mydans, AUSA    |
| v.                 | [x] Dondi Osborne, AUSA     |

1. HOWARD DRAKE,                         Counsel: Anthony D. Edwards

        Defendant.

---

**CORRECTED**
**COURTROOM MINUTES - REQUEST CONTINUANCE**

---

**Court in Session: 10:08 a.m.**

Court calls case and appearances entered.

Defendant present.

Counsel advises the Court that he would like to continue this matter at this time due to fact that he is in plea negotiations with the AUSA who is not present today.

**ORDERED:**
- Matter continued to July 31 2012 at 10:00 a.m. for Arraignment and Further Proceedings.
- Defendant's bond continued to that date and time.

1

Hearing Concluded
**Court in Recess: 10:09 a.m.**
Time: 1 Minutes