**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 12-MJ-00125-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1.  HOWARD H. DRAKE,**
**2.  HARRY HANCE,**

**Defendants.**

---

**ORDER TERMINATING PROBATION**
**PRIOR TO ORIGINAL EXPIRATION DATE**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      This matter coming before the Court on the supervising probation officer's recommendation that the Defendant be terminated from probation and the Court being fully advised,

      **IT IS HEREBY ORDERED** that the Defendants, Howard H. Drake and Harry Hance, be discharged from probation and that the proceedings in this case be terminated.

**DATED: June 20, 2013.**

                                **BY THE COURT:**

                                **s/David L. West**
                                **United State Magistrate Judge**